**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

JOSEPH J. DOBISH AND MARIA J. DOBISH, Individually, and on Behalf of All Others Similarly Situated,

            Plaintiffs,          **STIPULATION OF DISMISSAL**

    v.

M&T BANK CORPORATION; M&T BANK; ASSURANT, INC.; and AMERICAN SECURITY INSURANCE COMPANY,

Civil Action No.
1:13-cv-01098-WMS

            Defendants.

Plaintiffs Joseph J. and Maria J Dobish ("Plaintiffs") and Defendants M&T Bank Corporation, M&T Bank, Assurant, Inc. and American Security Insurance Company, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to the dismissal of this action without prejudice.

Dated: April 18, 2014

| | |
|---|---|
| **REED SMITH LLP** | **HARTNETT LAW OFFICE, P.C.** |
| By: */s/ Justin J. Kontul* <br> Roy W. Arnold <br> Email:  rarnold@reedsmith.com <br> Justin J. Kontul <br> Email: jkontul@reedsmith.com <br> 225 Fifth Avenue, Suite 1200 <br> Pittsburgh, PA  15219 <br> Telephone:  (412) 288-3131 <br><br> Steven Cooper <br> 599 Lexington Avenue <br> New York, NY  10022-7650 <br> Telephone:  (212) 521-5400 <br> Facsimile:  (212) 521-5450 <br> Email:  scooper@reedsmith.com <br><br> Robert J. Lane, Jr. <br> Email: Rlane@hodgsonruss.com <br> **HODGSON RUSS LLP** <br> 140 Pearl Street, Suite 100 <br> Buffalo, New York 14202 <br> Telephone: +1 716 848 1474 <br><br> *Counsel for Defendants* <br> *M&T Bank Corporation and M&T Bank* | By: */s/Peter M. Hartnett* <br> Peter M. Hartnett <br> 342 South Salina Street <br> Syracuse, NY 13202 <br> Telephone:  (315) 471-6265 <br> Facsimile:  (315) 474-3153 <br> Email:  pmh4913@yahoo.com <br><br> Kenneth G. Gilman <br> (to be admitted *pro hac vice*) <br> **GILMAN LAW LLP** <br> 3301 Bonita Beach Road, Suite 202 <br> Bonita Springs, FL 34134 <br> Telephone:  (239) 221-8301 <br> Facsimile:  (239) 676-8224 <br> Email: kgilman@gilmanlawllp.com <br><br> *Counsel for Plaintiffs* |
| **HARTER SECREST & EMERY LLP** | |
| By: */s/ Carol E. Heckman* <br> Carol E. Heckman <br> Twelve Fountain Plaza, Suite 400 <br> Buffalo, New York 14202-2296 <br> Telephone: (716) 844-3720 <br> Facsimile:  (716) 853-1617 <br> Email:  checkman@hselaw.com <br><br> Frank G. Burt <br> Email: fburt@cfjblaw.com <br> W. Glenn Merten <br> Email: gmertern@cfjblaw.com <br> **CARLTON FIELDS JORDEN BURT P.A.** <br> 1025 Thomas Jefferson Street, N.W. <br> Suite 400 East <br> Washington, D.C. 20007-5208 <br> Telephone:  (202) 965-8100 <br> Facsimile:  (202) 965-8104 <br><br> *Counsel for Defendants* <br> *Assurant, Inc. and American Security Insurance Company* | |

- 3 -

SO ORDERED:

_____
Hon. William M. Skretny

Dated:  April ____, 2014